FILED
CLERK, U.S. DISTRICT COURT

July 13, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTTIN PAREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-20,<br><br>　　　　Defendants. | Case No. 16-CV-04016-SVW (Ex)<br><br>Hon. Stephen V. Wilson<br>Courtroom: 6<br><br>[PROPOSED] ORDER REMANDING CASE |

　　Based upon the stipulation of the parties, the addition of a non-diverse defendant to this action, and good cause appearing, IT IS HEREBY ORDERED that this action is remanded to the Superior Court of the State of California for the County of Los Angeles.

Dated: _____July 13_____, 2016

By _____/s/ Stephen V. Wilson_____
HON. STEPHEN V. WILSON
JUDGE OF THE UNITED STATES DISTRICT COURT